United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Steve Calderone, | § | |
| _Plaintiff,_ | § | |
| | § | |
| v. | § | Civil Action No. H-25-3711 |
| | § | |
| Mac Haik Ford, | § | |
| _Defendant._ | § | |

**ORDER OF ADOPTION**

On February 17, 2026, Magistrate Judge Richard W. Bennett recommended
that this case be dismissed without prejudice for failure to comply with the Court's
order to show cause (Document No. 7) No objections were filed.

After due consideration of the entire record and the applicable law, the court
hereby ADOPTS the Memorandum and Recommendation as this court's opinion.
The court will issue a separate final judgment.

Signed at Houston, Texas, on March __16__, 2026.

DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE